BAKER, Judge,
dissenting.
I respectfully dissent and part ways with the majority’s determination that the trial court erred in ordering Vaughn to serve forty hours of community service in lieu of paying fines and costs.
First, I would note that a trial court may exercise its discretion by suspending fines and costs, and “may impose any reasonable condition it deems appropriate when it does so.” Campbell v. State, 551 N.E.2d 1164, 1169 (Ind.Ct.App.1990). In my view, ordering Vaughn to perform community service in lieu of fines and costs was reasonable.
As the majority points out, the trial court did not order that Vaughn would be imprisoned if she failed to complete the ordered community service. Op. at 1073. Moreover, I cannot agree with the majority’s view that the statutes the State cites in support of the notion that community service is permissible in lieu of fines and costs are not relevant here. By analogy, I believe that the trial court had the authority to order Vaughn to perform community service in this instance. Thus, I would affirm the trial court’s judgment.